# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand and sixteen.

Before:        Ralph K. Winter,
                         *Circuit Judge.*

_____

Pig Newton, Inc.,

      Plaintiff-Counter-Defendant - Appellant,

v.

Boards of Directors of the Motion Picture Industry Pension Plan, Motion Picture Industry Individual Account Plan, Motion Picture Industry Health Plan,

      Defendants-Counter-Claimants - Appellees.

_____

**ORDER**

Docket No. 15-1029

      Appellant moves for a three-week extension of time to file his opening brief.

      IT IS HEREBY ORDERED that the motion is GRANTED, no further extensions. However, the appeal is dismissed effective 8/5/16 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                                   For the Court:

                                                                   Catherine O'Hagan Wolfe,
                                                                   Clerk of Court

